Travis Jermaine Parks
v.
Aspire Behavioral Health and Developmental Disability Services

1:21-cv-71

Civil Action Lawsuit

This is a civil Action Lawsuit Asking for A Zillion Dollars from the Aspire Behavioral Health and Developmental Disability Services partner-ed with the Dougherty County Sheriff Department City of Albany Georgia police Department in Kipnaping me from the Address of 303-J-Slater King Dr. Albany Georgia. I was held hostage for A few days in the Aspire Behavioral Health and Developmental Disability Services crisis Facility Intake in Albany Georgia. I was assaulted an totally tooken without A warrent or any dealing with man-Date Laws September 16, 2015 by the Facility Staff of Aspire Behavioral Health and Developmental Disability Services Crisis Intake Facility. I Ask to Let me Leave an they wouldn't Let me Leave. Aspire Behavioral Health and Developmental Disability Services had the Lawsuit profit of The Superior Court of Dougherty County State of Georgia, my Advertisement of awareness on the sale of cases through the community Facerly an VIA satellite about my business's Across our planet earth hindered. I Am also seeking Re-im-bursement within the amount of a Zillion Dollars for slander, illegally Kipnaping, tring to put illegal medication in my body, stopping of business's me and my Co-CEO-Jonquavios Mosely have which is Rollover Entertainment, Global Insurance Policies, Travis Jermaine Parks and Company, Cash money Brokers, Each United States of America Lotto Games, my Relationship of Finding my baby mother on my historical date search, criminal Action case #99R-1006, criminal Action case #00R-287, criminal Action case #04-R-778, criminal Action case #01R267,

☾ State of Georgia Probation violation Hearings, Writ of Habeas Corpus CASE #13CV1543-3, And The Writ of Habeas Corpus Applications of the criminal Action Cases - State of Georgia Probation violation hearings Announce in this civil Action Lawsuit. I Am seeking Re-im-bursement within the amount of a Zillion Dollars for my brokerage of Politic's and the Facer currency Government agreed print out of my own Government from The King Pin Statue which is Also Known As The Rico Act Law. The business's Announce in this civil Action Lawsuit is Also held under The King Pin Statue which is Known as The Rico Act Law. I Am seeking Re-im-bursement within the amount of a Zillion Dollars from the State of Georgia company Aspire Behavioral Health And Developmental Disability Services in ☾ Albany Georgia. Wherefore, petitioner prays that the court grant relief to which the petitioner may be entitled in this proceeding.

229-405-8927
Contact number

☾

Travis Jermaine Parks
Signature of Petitioner

2710 Oakridge Drive, Lot 58 Albany, GA
31721-4926       March 23, 2021

Date and Address of Petitioner's